# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON R. THOMPSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOAN SERVICING, LP, *et al.*, <br><br> Defendants. | Case No. 2:10-cv-01515-LDG (PAL) <br><br> **ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendants' Motion to Dismiss (#11) is GRANTED.

THE COURT FURTHER **ORDERS** that Plaintiffs' Complaint is DISMISSED.

THE COURT FURTHER **ORDERS** that Defendants' Motion for Hearing (#20) is DENIED as moot.

DATED this 29 day of August, 2011.

_____
Lloyd D. George
United States District Judge